IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gallegos, Miguel | Case Number: 04 B 24981 |
| | Judge: Hollis, Pamela S |
| Printed: 9/4/07 | Filed: 7/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  August 30, 2007
Confirmed:  August 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,790.00 |  |
| Secured: |  | 421.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,225.72 |
| Trustee Fee: |  | 142.77 |
| Other Funds: |  | 0.00 |
| Totals: | 2,790.00 | 2,790.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,705.26 | 2,225.72 |
| 2. | CarMax Auto Finance | Secured | 3,343.15 | 421.51 |
| 3. | ECast Settlement Corp | Unsecured | 276.65 | 0.00 |
| 4. | CarMax Auto Finance | Unsecured | 443.74 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 524.98 | 0.00 |
| 6. | B-First | Unsecured | 160.33 | 0.00 |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | AAA Cook County Consolidation | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Pediatric Dental Assoc | Unsecured |  | No Claim Filed |
| 11. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 12. | Sam's Club | Unsecured |  | No Claim Filed |
| 13. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 7,454.11 | $ 2,647.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 45.49 |
| 4% | 11.20 |
| 3% | 10.20 |
| 5.5% | 30.80 |
| 5% | 14.00 |
| 4.8% | 23.52 |
| 5.4% | 7.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gallegos, Miguel | Case Number: 04 B 24981 |
| | Judge: Hollis, Pamela S |
| Printed: 9/4/07 | Filed: 7/2/04 |

$$\underline{\phantom{xxxxxxxxxx}}$$
$ 142.77

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_